UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-20264-CR-UU

UNITED STATES OF AMERICA,
Plaintiff,

v.

BOYCE RICHARD GRIFFIN,
Defendant,
_______________________________/

**AMENDED**
**ORDER ON RULE 35**

**THIS CAUSE** was before the Court on the Government's Motion for Rule 35 (DE #41), and the Court having considered the proffer of both parties, and being otherwise advised in the premises, it is,

**ORDERED AND ADJUDGED** that the motion is **GRANTED** and the defendant's sentence is reduced to **TWELVE (12) MONTHS.** It is further

**ORDERED AND ADJUDGED** that all other terms and conditions of the Judgment and Commitment Order shall remain in full force and effect. It is further

ORDERED AND ADJUDGED that the defend shall surrender to his designated Bureau of Prison facility no later than 2:00 p.m. on JANUARY 1, 2014

**DONE AND ORDERED** at the United States District Court, Miami,

Florida, this 13 day of November, 2013.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record